BAKER & McKENZIE LLP
Mark D. Taylor (*pro hac vice*)
mark.taylor@bakermckenzie.com
Nicholas O. Kennedy (*pro hac vice*)
nicholas.kennedy@bakermckenzie.com
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Telephone:  +1 214 978 3000
Facsimile:  +1 214 978 3099

**Attorneys for Defendant**
**FedEx Office and Print Services, Inc.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT MINDS,<br><br>                    Plaintiff,<br><br>          -against-<br><br>FEDEX OFFICE AND PRINT SERVICES, INC.,<br><br>                    Defendant. | INDEX NO.  2:16-cv-01462-DRH-ARL<br><br>ECF CASE<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS** |

        **PLEASE TAKE NOTICE** that on a day and time to be set by the Court, Defendant

FedEx Office and Print Services, Inc. shall move the Court before the Honorable Denis R.

Hurley at the United States District Courthouse for the Eastern District of New York, located at

225 Cadman Plaza East, Brooklyn, New York 11201, for entry of an order dismissing this action

with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and awarding

Defendant all other relief that is just and proper, including the reasonable attorney's fees incurred

in defense of this action pursuant to 17 U.S.C. § 505.

        PLEASE TAKE FURTHER NOTICE that this request is based on the legal arguments

and authorities set forth in Defendant's Memorandum of Law in Support of its Motion to

Dismiss filed concurrently herewith, along with all pleadings and proceedings in this action, and

is served and filed in accordance with this Court's order dated June 6, 2016.

Dated: July 1, 2016                           Respectfully submitted,

                                              BAKER & McKENZIE LLP


                                              By:  /s/ Mark D. Taylor
                                                  Mark D. Taylor (*pro hac vice*)
                                                  mark.taylor@bakermckenzie.com
                                                  Nicholas O. Kennedy (*pro hac vice*)
                                                  nicholas.kennedy@bakermckenzie.com

                                                  2300 Trammell Crow Center
                                                  2001 Ross Avenue
                                                  Dallas, TX  75201
                                                  Telephone:  +1 214 978 3000
                                                  Facsimile:  +1 214 978 3099

                                                  **Attorneys for Defendant**
                                                  **FedEx Office and Print Services, Inc.**


### CERTIFICATE OF SERVICE

        I hereby certify that on July 1, 2016, I caused a true and correct copy of the above and
foregoing **Defendant's Notice of Motion and Motion to Dismiss** to be served through email
and U.S. Mail on:

        Rhett O. Millsaps II
        Rhett@rhettmillsaps.com
        LAW OFFICE OF RHETT O. MILLSAPS II
        745 Fifth Avenue, Suite 500
        New York, NY  10151


                                       /s/ Nicholas O. Kennedy
                                      Nicholas O. Kennedy