UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT MINDS,<br><br>                    Plaintiff,<br><br>v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC.,<br><br>                    Defendant. | 2:16-cv-1462-DRH-ARL |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Creative Commons Corporation states that it does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 30, 2016

Respectfully submitted,

/s/ Hanno F. Kaiser
Hanno F. Kaiser

**LATHAM & WATKINS LLP**

Hanno F. Kaiser
Andrew M. Gass (*pro hac vice* pending)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Email: hanno.kaiser@lw.com
Email: andrew.gass@lw.com

Jonathan Y. Ellis (*pro hac vice* pending)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200
Email: jonathan.ellis@lw.com

*Attorneys for Amicus Curiae*
*Creative Commons*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREAT MINDS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC.,<br><br>　　　　　　　Defendant. | 2:16-cv-1462-DRH-ARL |

## CERTIFICATE OF SERVICE

　　I, Hanno F. Kaiser, hereby state that on August 30, 2016, I caused true and correct copies of the foregoing Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1, to be electronically filed with the Court and that copies of said document were sent to all counsel of record through the Court's ECF system.

　　　　　　　　　　　　　　　　　　　By: /s/ Hanno F. Kaiser
　　　　　　　　　　　　　　　　　　　　　Hanno F. Kaiser
　　　　　　　　　　　　　　　　　　　　　of LATHAM & WATKINS LLP