**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREAT MINDS,<br><br>                    Plaintiff,<br><br>         v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC.,<br><br>                    Defendant. | 2:16-cv-1462-DRH-ARL<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of *Amicus Curiae* Creative Commons Corporation in the above-captioned action:

>Andrew M. Gass
>Latham & Watkins LLP
>505 Montgomery Street, Suite 2000
>San Francisco, CA  94111-6538
>Tel: (415) 391-0600
>Facsimile: (415) 395-8095
>Email: andrew.gass@lw.com

Dated:  September 15, 2016        Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Andrew M. Gass
Andrew M. Gass (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Email: andrew.gass@lw.com

*Attorneys for Amicus Curiae Creative Commons Corporation*

## **CERTIFICATE OF SERVICE**

      I, Andrew M. Gass, hereby certify that on September 15, 2016, I caused the foregoing Notice of Appearance to be served via ECF on all counsel registered to receive such service.

/s/ Andrew M. Gass<br/>Andrew M. Gass